IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARRY, INC., DAVID BERNSON,
and FRANK HANNAN ROCK,

      Plaintiffs,

v.                        Case No. 10-C-0009

JAMES DOYLE, in his official capacity as
Governor of the State of Wisconsin, CITY OF
MILWAUKEE, CITY OF RACINE, KURT
KEZESKE, SGT. NETHERY, and R. PRINCE,

      Defendants.

---

MOTION TO DISMISS BY DEFENDANT JAMES DOYLE

---

Defendant James Doyle, in his official capacity as Governor of the State of Wisconsin, by Assistant Attorney General Thomas C. Bellavia, hereby moves this court to dismiss all claims against him in this action, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and the Eleventh Amendment to the United States Constitution. The factual and legal grounds for this motion are

fully set forth in the accompanying Brief in Support of Motion to Dismiss by Defendant James Doyle which is being simultaneously filed.

Dated this 26th day of January, 2010.

s/Thomas C. Bellavia
THOMAS C. BELLAVIA
Assistant Attorney General
State Bar #1030182

Attorney for Defendant Governor James Doyle

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: (608) 266-8690
Fax: (608) 267-2223
E-mail: *bellaviatc@doj.state.wi.us*

bellaviatc\cases\misc cases\wisconsin carry\pl\2010 01-26 mtd.doc