# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO  TEL: 414-297-3372
CLERK  FAX: 414-297-3203
www.wied.uscourts.gov

February 4, 2010

| | |
|---|---|
| John R Monroe | Miriam R. Horwitz |
| 9640 Coleman Rd | Milwaukee City Attorney's Office |
| Roswell, GA 30075 | 200 E. Wells St - Room 800 |
| | Milwaukee, WI 53202-3551 |
| | |
| Thomas C. Bellavia | Gregg J. Gunta |
| Wisconsin Department of Justice | Gunta & Reak |
| Office of the Attorney General | 219 N. Milwaukee St - 5th Fl |
| 17 W. Main Street | Milwaukee, WI 53202 |
| PO Box 7857 | |
| Madison, WI 53707-7857 | |

Re: Wisconsin Carry Inc. et al. vs. Doyle et al.
Case No. 10-C-009

Dear Counsel:

As of today's date, this office has not received your response to the "Consent/Refusal to Proceed Before a U.S. Magistrate Judge" form which you should have received at the time of case filing or upon service of this action. This form was to have been completed and returned within 21 days of its receipt.

If you have not yet completed and electronically filed this form, you are directed to do so no later than **February 15, 2010.** As stated in Chief Judge Charles N. Clevert's Order, "while the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is mandatory."

A copy of the form is available on our website www.wied.uscourts.gov. Please be sure to include Judge Gorence's name where appropriate.

Very truly yours,

Jon W. Sanfilippo
Clerk of Court

By: s/Deputy Clerk