## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

WISCONSIN CARRY, INC.,
*Et. al.*


       Plaintiffs,                         CIVIL ACTION FILE NO.

v.                                     2:10-CV-9-CNC

CITY OF MILWAUKEE,
*Et.al.*


       Defendants.

## <u>MOTION TO AMEND COMPLAINT</u>

Plaintiffs hereby move to amend their Complaint so as to delete James Doyle as a defendant and to add Plaintiffs Greg Plautz and Jeff Leifer and to add Defendants City of Manitowoc, City of Greenfield, and Michael Nieskes.

The grounds for this Motion are that Defendant James Doyle has filed a Motion to Dismiss [Doc. 6] on the grounds that Doyle is not a proper party but that Nieskes would be a proper defendant. Plaintiffs observe that Doyle's point is well taken, and therefore seek to amend their complaint to have proper defendants. In addition, Plaintiffs Greg Plautz and Jeff Leifer wish to join as Plaintiffs with similar claims to

−1−

those of the other Plaintiffs (but against Defendants Greenfield and Manitowoc). In the interests of judicial economy, there is no reason to have separate litigation over the same question of law in multiple cases. Fed. R. Civ. Proc. 15(a)(1) indicates that leave of the Court to amend a complaint should be freely given. Because no parties are prejudiced by the Amended Complaint filed by the Plaintiffs [Doc. 18], Plaintiff requests entry of the proposed attached Order Granting Leave to Amend Complaint.


JOHN R. MONROE,


___/s/ John R. Monroe_____
John R. Monroe
Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
john.monroe1@earthlink.net

ATTORNEY FOR PLAINTIFFS

–2–