IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

WISCONSIN CARRY, INC.,
*Et. al.*

      Plaintiffs,            CIVIL ACTION FILE NO.

v.                                     2:10-CV-9-CNC

CITY OF MILWAUKEE,
*Et.al.*

      Defendants.

---

### NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT

Please take notice that Plaintiffs Wisconsin Carry, Inc. and Frank Hannan-Rock have accepted an Offer of Judgment Dated February 25, 2010 by Defendants City of Racine, R. Prince, and Sgt. Nethery. A copy of the Offer of Judgment and the Acceptance of Offer of Judgment (with certificate of service) are attached. Pursuant to Fed. R. Civ. P. 68(a) and the terms of the Offer of Judgment, Plaintiff hereby requests that the Clerk enter a judgment in the amount of $10,000, inclusive of attorney's fees and costs, in favor of Plaintiffs Wisconsin Carry, Inc. and Frank Hannan-Rock and against the City of Racine, Sgt. Nethery, and R. Prince.

–1–

Dated February 26, 2010.

JOHN R. MONROE,


\_\_\_/s/ John R. Monroe_____
John R. Monroe
Attorney at Law
9640 Coleman Road
Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
john.monroe1@earthlink.net

ATTORNEY FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I certify that on February 26, 2010, I filed the foregoing using the ECF system, which automatically will serve a copy via email upon:

Kevin P. Reak
Gregg J. Gunta
John A. Wolfgang
Gunta & Reak, S.C.
219 North Milwaukee Street, 5th Floor
Milwaukee, WI 53202
kpr@gunta-reak.com
gig@gunta-reak.com
jaw@gunta-reak.com

Miriam R. Horwitz
mhorwi@milwaukee.gov

Thomas C. Ballavia
bellaviatc@doj.state.wi.us

/s/ John R. Monroe
John R. Monroe