IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

WISCONSIN CARRY, INC.,
DAVID BERNSON, and
FRANK HANNAN ROCK,

        Plaintiffs,

  vs.                                                        Case No. 10-C-0009

JAMES DOYLE, in his official
Capacity as Governor of the
State of Wisconsin,
CITY OF MILWAUKEE,
CITY OF RACINE,
KURT KEZESKE,
SGT. NETHERY, and
R. PRINCE,

        Defendants.

_____

**DEFENDANTS CITY OF RACINE, SGT. NETHERY AND R. PRINCE'S
RULE 68 OFFER OF JUDGMENT**

_____

        The defendants, City of Racine, Sgt. Nethery and R. Prince, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby formally serve upon plaintiffs, Wisconsin Carry, Inc. and Frank Hannan-Rock, a joint offer to allow judgment to be taken against them in the above referenced action in the total amount of $10,000.00, inclusive of costs and attorney's fees. This offer is intended to resolve all claims, state and federal, arising from the incident which forms the basis for all claims by Wisconsin Carry, Inc. and Frank Hannan-Rock against the above three defendants. It must be accepted by both Wisconsin Carry, Inc. and Frank Hannan-Rock in order for there to be a

-1-

valid acceptance. This offer is not an admission of liability on behalf of these defendants, and should not be construed as such.

Pursuant to Rule 68, the plaintiffs have 14 days after service of this Offer of Judgment in which to provide the attorney for these defendants with written notice that the offer stated above is accepted. If this offer is not accepted, it shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs and/or attorney's fees.

Dated at Milwaukee, Wisconsin, this 25th day of February, 2010.

        GUNTA & REAK, S.C.
        Attorneys for Defendants City of Racine,
        Sgt. Nethery and R. Prince


By:   /s/ Kevin P. Reak
       Kevin P. Reak, WI Bar No. 1004316
       Gregg J. Gunta, WI Bar No. 1004322
       John A. Wolfgang, WI Bar No. 1045325
       219 North Milwaukee Street, Fifth Floor
       Milwaukee, Wisconsin 53202
       Telephone: (414) 291-7979
       Facsimile: (414) 291-7960
       E-mails:   kpr@gunta-reak.com
                      gjg@gunta-reak.com
                      jaw@gunta-reak.com