# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

WISCONSIN CARRY, INC.,
*Et. al.*

    Plaintiffs,                         CIVIL ACTION FILE NO.

v.                                        2:10-CV-9-CNC

CITY OF MILWAUKEE,
*Et.al.*

    Defendants.

## **PLAINTIFFS' ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiffs Wisconsin Carry, Inc. and Frank Hannan-Rock hereby accept the Offer of Judgment Dated February 25, 2010 by Defendants City of Racine, R. Prince, and Sgt. Nethery.

Dated February 26, 2010.

                                          JOHN R. MONROE,

                                          ___/s/ John R. Monroe_____
                                          John R. Monroe
                                          Attorney at Law
                                          9640 Coleman Road

–1–

Roswell, GA 30075
Telephone: (678) 362-7650
Facsimile: (770) 552-9318
john.monroe1@earthlink.net

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

       I certify that on February 26, 2010, I served the foregoing via U.S. Mail and email upon:

Kevin P. Reak
Gregg J. Gunta
John A. Wolfgang
Gunta & Reak, S.C.
219 North Milwaukee Street, 5th Floor
Milwaukee, WI 53202
kpr@gunta-reak.com
gig@gunta-reak.com
jaw@gunta-reak.com

                                        /s/ John R. Monroe
                                        John R. Monroe