# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

WISCONSIN CARRY INC.,
DAVID BERNSON,
FRANK HANNAN ROCK,

      Plaintiffs,

      v.                        Case No. 10-C-9

JAMES DOYLE,
CITY OF MILWAUKEE,
CITY OF RACINE,
KURT KEZESKE,
SGT NETHERY and
R. PRINCE,

      Defendants.

---

Pursuant to Fed. R. Civ. P. 68(a),

IT IS ORDERED that judgment in the amount of $10,000.00, inclusive of attorney's fees and costs, is entered in favor of plaintiffs, Wisconsin Carry, Inc., and Frank Hannan Rock and against defendants, City of Racine, Sgt. Nethery, and R. Prince, as to all claims of said plaintiffs, state and federal, respecting this action.

|  | JON W. SANFILIPPO |
|---|---|
|  | Clerk |
| 3/5/10 | s/C. Fehrenbach |
| Date | (By) Deputy Clerk |