IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

WISCONSIN CARRY, INC.,
DAVID BERNSON,
FRANK HANNAN ROCK,
GREG PLAUTZ, and
JEFF LEIFER,

        Plaintiffs,

vs.                               Case No. 10-C-0009

CITY OF MILWAUKEE,
CITY OF RACINE,
CITY OF GREENFIELD,
CITY OF MANITOWOC,
MICHAEL NIESKES,
KURT KEZESKE,
JESSIE METOYER, and
RICHARD PRINCE,

        Defendants.

---

**DEFENDANTS CITY OF RACINE, SGT. METOYER (FORMERLY NETHERY) AND RICHARD PRINCE'S UNOPPOSED MOTION TO AMEND THE CAPTION**

---

The defendants, City of Racine, Sgt. Jessie Metoyer (formerly Nethery) and Richard Prince, move this court for an order dropping their names from the caption in this case. The ground for this motion is that the plaintiffs' Wisconsin Carry, Inc. and Frank Hannan-Rock accepted the City of Racine Defendants' Rule 68 Offer of Judgment and Judgment has been entered against them. (Docket 21)

1

Plaintiffs may file and serve a Second Amended Complaint eliminating the allegations against these defendants.

A copy of this motion was e-mailed to John R. Monroe, Esq. and Miriam R. Horwitz, Esq. on March 16, 2010 for their review. On March 16, 2010 both Attorneys Monroe and Horwitz responded they had no objections.

Dated at Milwaukee, Wisconsin, this 17th day of March, 2010.

                                        GUNTA & REAK, S.C.
                                        Attorneys for Defendants City of Racine, Sgt. Metoyer (formerly Nethery) and Richard Prince

By:   /s/ Kevin P. Reak
      Kevin P. Reak, WI Bar No. 1004316
      Gregg J. Gunta, WI Bar No. 1004322
      John A. Wolfgang, WI Bar No. 1045325
      219 North Milwaukee Street, Fifth Floor
      Milwaukee, Wisconsin 53202
      Telephone: (414) 291-7979
      Facsimile: (414) 291-7960
      E-mails:    kpr@gunta-reak.com
                       gjg@gunta-reak.com
                       jaw@gunta-reak.com