IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

WISCONSIN CARRY, INC.,
DAVID BERNSON,
FRANK HANNAN ROCK,
GREG PLAUTZ, and
JEFF LEIFER,

        Plaintiffs,

vs.                                         Case No. 10-C-0009

CITY OF MILWAUKEE,
CITY OF RACINE,
CITY OF GREENFIELD,
CITY OF MANITOWOC,
MICHAEL NIESKES,
KURT KEZESKE,
JESSIE METOYER, and
RICHARD PRINCE,

        Defendants.

---

**ORDER TO AMEND THE CAPTION**

---

IT IS HEREBY ORDERED that City of Racine, Sgt. Jessie Metoyer (formerly Nethery) and Richard Prince names be dropped from the caption in this case.

Plaintiffs may file and serve a Second Amended Complaint eliminating the allegations against these defendants.

Dated at Milwaukee, Wisconsin this _____ day of _____, 2010.

                                                  BY THE COURT:

                                                  _____
                                                  Honorable Charles N. Clevert, Jr.
                                                  United States District Court Judge