IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

WISCONSIN CARRY, INC.,
DAVID BERNSON, and
FRANK HANNAN ROCK,

        Plaintiffs,

  vs.                                Case No. 10-C-0009

CITY OF MILWAUKEE, *et.al.*,

        Defendants.

_____

**SATISFACTION OF JUDGMENT**
_____

Wisconsin Carry, Inc. and Frank Hannan Rock by their attorney, John R. Monroe, hereby acknowledge that the judgment entered in their favor and against the City of Racine, Sgt. Nethery and R. Prince in the amount of $10,000.00, dated March 5, 2010, has been satisfied in full.

Respectfully submitted this 26th day of March, 2010.

                              JOHN R. MONROE
                              Attorney for Plaintiffs

              By:      /s/ John R. Monroe
                      John R. Monroe
                      9640 Coleman Road
                      Roswell, GA 30075
                      Telephone:  (678) 362-7650
                      Facsimile: (770) 552-9318
                      E-mail:  john.monroe1@earthlink.net