_____

WISCONSIN CARRY, INC.,
DAVID BERNSON,
FRANK HANNAN ROCK,
GREG PLAUTZ, and
JEFF LEIFER,

      Plaintiffs,

vs.                                            Case No. 10-C-0009

CITY OF MILWAUKEE,
CITY OF RACINE,
CITY OF GREENFIELD,
CITY OF MANITOWOC,
MICHAEL NIESKES,
KURT KEZESKE,
JESSIE METOYER, and
RICHARD PRINCE,

      Defendants.
_____

ORDER DENYING DEFENDANTS CITY OF RACINE'S, SGT. JESSIE METOYER'S
AND RICHARD PRINCE'S UNOPPOSED MOTION TO AMEND THE CAPTION

The court has considered the Defendants City of Racine's, Sgt. Jessie Metoyer's (formerly Nethery) and Richard Prince's Unopposed Motion to Amend the Caption (Doc. # 22), as well as the files in this action, and finds that judgment has been entered against the movants and that the plaintiffs have not joined in requesting leave to file a second amended complaint which would moot the issue raised by these movants. Now, therefore,

IT IS ORDERED that the motion is denied.

Dated at Milwaukee, Wisconsin, this 28th day of April, 2010.

                                                                       BY THE COURT

                                                                       /s/ C. N. Clevert, Jr.
                                                                       C. N. CLEVERT, JR.
                                                                       CHIEF U. S. DISTRICT JUDGE