Re: *Wisconsin Carry, Inc. et al. v. City of Milwaukee et al.*

Case No.: 10CV00009

## CERTIFICATE OF SERVICE BY E-FILING

The undersigned hereby certifies that she is employed in the office of the Department of Justice of the State of Wisconsin in the capacity of legal secretary.

That on the 10th day of May, 2010, she electronically filed a copy of the Answer and Affirmative Defenses to the Amended Complaint by Defendant Michael Nieskes using the ECF System for the Eastern District of Wisconsin which will send notification of such filings to counsel for plaintiff.

s/Roxane Kurlish
ROXANE KURLISH