June 3, 2010

**Via ECF**

Jon W. Sanfilippo, Clerk
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

Re: Wisconsin Carry, Inc., et al. v. City of Milwaukee, et al.
Case No. 10-C-0009

Dear Clerk Sanfilippo:

Enclosed for electronic filing the Answer and Affirmative Defenses of City of Manitowoc in the above reference matter.

Thank you in advance for your assistance with this matter.

Very truly yours,

/s/ Kevin P. Reak

Kevin P. Reak Bar Number: 1004316
Attorney for Defendants
GUNTA & REAK, S.C.
219 North Milwaukee Street, Fifth Floor
Milwaukee, Wisconsin 53202
Telephone: (414) 291-7979
Facsimile: (414) 291-7960
E-mail: kpr@gunta-reak.com

KPR/tmp
Enclosure

Jon W. Sanfilippo, Clerk
June 3, 2010
Page 2

cc: John R. Monroe, Esq. (w/ Encl.)
      Miriam R. Horwitz, Esq. (w/ Encl.)
      Thomas C. Bellavia, Assistant Attorney General (w/ Encl.)
      William W. Ehrke, Esq. (w/ Encl.)
      Juliana M. Ruenzel, Esq. (w/ Encl.)
      Police Chief Tony Dick (w/ Encl.)
      Tom Mann, Claims Manager/Liability (w/ Encl.)