GRANT F. LANGLEY
City Attorney

RUDOLPH M. KONRAD
LINDA ULISS BURKE
VINCENT D. MOSCHELLA
Deputy City Attorneys

THOMAS O. GARTNER
SUSAN D. BICKERT
STUART S. MUKAMAL
THOMAS J. BEAMISH
MAURITA F. HOUREN
JOHN J. HEINEN
SUSAN E. LAPPEN
JAN A. SMOKOWICZ
PATRICIA A. FRICKER
HEIDI WICK SPOERL
KURT A. BEHLING
GREGG C. HAGOPIAN
ELLEN H. TANGEN
MELANIE R. SWANK
JAY A. UNORA
DONALD L. SCHRIEFER
EDWARD M. EHRLICH
LEONARD A. TOKUS
MIRIAM R. HORWITZ
MARYNELL REGAN
G. O'SULLIVAN-CROWLEY
KATHRYN M. BLOCK
ELOISA DE LEÓN
ADAM B. STEPHENS
KEVIN P. SULLIVAN
BETH CONRADSON CLEARY
THOMAS D. MILLER
JARELY M. RUIZ
ROBIN A PEDERSON
DANIELLE M. BERGNER
CHRISTINE M. QUINN
Assistant City Attorneys



July 26, 2011

Honorable Charles N. Clevert
United States District Court - Eastern District
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

    Re:    Wisconsin Carry (Dismissed); Bernson v.
             City of Milwaukee and Officer Kurt Kezeske
             Case Number: 10C0009

Dear Judge Clevert:

This matter is set for a telephonic scheduling conference on August 2, 2011 at 3:30 p.m. I am writing to advise the Court that the parties have reached a settlement subject to approval by the Common Council. The Common Council is in recess for the month of August, and we will therefore not be able to process a settlement resolution until the month of September. Since the process itself takes approximately 30 days, we will not be able to file a proposed order of dismissal until early October.

With the Court's permission, the parties suggest that the August 2, 2011 scheduling conference be removed from the calendar and a status conference be scheduled for the week of October 10th. By that time, we will be able to file a stipulation and proposed order for dismissal if the settlement is approved.

OFFICE OF THE CITY ATTORNEY
Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551 • Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

Case 2:10-cv-00009-CNC   Filed 07/26/11   Page 1 of 2   Document 50

Honorable Charles N. Clevert
July 26, 2011
Page 2


Thank you for your consideration.

Very truly yours,

s/Miriam R. Horwitz

Miriam R. Horwitz
Assistant City Attorney

MRH/MRH
1032-2010-80
c: John R. Monroe, Esq.