UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARRY INC.,
DAVID BERNSON,
FRANK HANNAN ROCK,
GREG PLAUTZ, and
JEFF LEIFER,

    Plaintiffs,

v.                                Case No. 10-C-9

CITY OF MILWAUKEE,
CITY OF GREENFIELD,
CITY OF MANITOWOC,
MICHAEL NIESKES, and
KURT KEZESKE,

    Defendants.

---

ORDER DIRECTING OPENING OF SEVERED CASES

Based on the filings of the parties in response to the court's order of October 24, 2011, and for the reasons set forth in that order and at the hearing of May 31, 2011,

IT IS ORDERED that the clerk of court open three new cases for the severed claims in this case as follows: (1) Wisconsin Carry Inc. and Frank Hannan Rock v. Michael Nieskes, (2) Wisconsin Carry Inc. and Greg Plautz v. City of Greenfield, and (3) Wisconsin Carry Inc. and Jeff Leifer v. City of Manitowoc.

The aforementioned parties shall be removed from the caption of this case, which will then proceed against David Bernson, City of Milwaukee, and Kurt Kezeske.

Dated at Milwaukee, Wisconsin, this 14th day of November, 2011.

                                                BY THE COURT

                                                /s/ C. N. Clevert, Jr.
                                                C. N. CLEVERT, JR.
                                                CHIEF U. S. DISTRICT JUDGE