UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

DAVID BERNSON,

        Plaintiffs,

        v.                                            Case No. 10-C-9

CITY OF MILWAUKEE,
KURT KEZESKE,

        Defendants.

---

## ORDER DISMISSING CASE

Initially, this case involved several plaintiffs and several defendants. Following the severance of claims by various plaintiffs, David Bernson, filed a Second Amended Complaint against the City of Milwaukee and Kurt Kezeske only. On October 4, 2011, these three parties filed a stipulation for dismissal.

However, when the stipulation of dismissal was filed, separate cases had not been administratively opened with respect to the severed parties, leaving the claims of those parties unclear within the context of this case. Although the new cases have been resolved, and it is apparent the aforementioned stipulation covers all parties remaining in this case, pursuant to Fed. R. Civ. P. 41(a)(2),

IT IS ORDERED that this action is dismissed with prejudice and without costs.

Dated at Milwaukee, Wisconsin, this 17day of November, 2011.

                                                    BY THE COURT

                                                    /s/ C. N. Clevert, Jr.
                                                    C. N. CLEVERT, JR.
                                                    CHIEF U. S. DISTRICT JUDGE